J. MICHAEL HENNIGAN (SBN 59491)
hennigan@mckoolsmithhennigan.com
LAUREN A. SMITH (SBN 94343)
lsmith@mckoolsmithhennigan.com
MICHAEL SWARTZ (SBN 163590)
mswartz@mckoolsmithhennigan.com
CAROLINE WALTERS (SBN 239054)
cwalters@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Facsimile:   (213) 694-1234

Attorneys for Defendant
Wilshire Associates Incorporated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TIMKEN COMPANY, as fiduciary of THE TIMKEN COMPANY COLLECTIVE INVESTMENT TRUST FOR RETIREMENT TRUST, THE TIMKEN COMPANY PENSION PLAN, THE 1984 RETIREMENT PLAN FOR SALARIED EMPLOYEES OF THE TIMKEN COMPANY, THE TIMKEN-LATROBE-MPB-TORRINGTON RETIREMENT PLAN AND THE TIMKEN COMPANY PENSION PLAN FOR BARGAINING UNIT ASSOCIATES IN LOCAL 1645,<br><br>      Plaintiff,<br><br>vs.<br><br>WILSHIRE ASSOCIATES INCORPORATED,<br><br>      Defendant. | Case No. CV12-07446 JFW (AGRx)<br><br>**JOINT STIPULATION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Date: March 18, 2013<br>Time: 1:30 p.m.<br>Dept: 16<br>Judge: Hon. John F. Walter |

1    Whereas The Timken Company has sued Wilshire Associates Incorporated in the
2    above referenced action ("Timken Action"), for allegedly breaching its fiduciary duty
3    under ERISA;
4    Whereas Wilshire has sued Federal Insurance Company in the related action
5    captioned *Wilshire Associates Incorporated v. Federal Insurance Company*, Case No.
6    CV12-7105 JFW (AGRx) ("Wilshire Action"), seeking a declaratory judgment that
7    Federal has no standing to sue Wilshire as a subrogee of Timken;
8    Whereas Wilshire filed motions for summary judgment in the Wilshire and
9    Timken Actions on Monday, January 14, 2013 setting a hearing for February 11, 2013;
10   Whereas Timken's and Federal's papers opposing those motions therefore were
11   due on January 18, 2013;
12   Whereas Timken's and Federal's lead counsel is on vacation and asserts that
13   Timken and Federal would have been unable to properly oppose the motions by
14   January 18, 2013;
15   Whereas extending Timken's and Federal's time to oppose the motions would
16   have resulted in Wilshire's reply being due during Wilshire's counsel's vacation,
17   unless Wilshire's reply deadline was similarly extended;
18   Whereas Timken's and Federal's counsel has informed Wilshire's counsel that
19   Timken and Federal agree to an extension of time for Wilshire to file its reply briefs;
20   Whereas Wilshire has temporarily withdrawn its motions for summary judgment
21   based on the parties' agreement that Wilshire will re-file the motions on or before
22   January 28, 2013 and that the parties will seek Court approval of a briefing schedule
23   providing that the opposition briefs be due on February 11, 2013, that the reply briefs
24   be due on March 4, 2013, and that a hearing be held on March 18, 2013, or as soon
25   thereafter as is convenient for the Court.
26   It is hereby Stipulated and Agreed, and subject to Order by the Court, that
27   Wilshire shall re-file its summary judgment motions in the Wilshire and Timken
28   Actions on or before January 28, 2013, that the opposition briefs to Wilshire's motions

for summary judgment shall be due on February 11, 2013, that the reply briefs shall be due on March 4, 2013, and that a hearing shall be held on March 18, 2013, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: January 18, 2013                McKOOL SMITH HENNIGAN, P.C.


By /s/ *Caroline M. Walters*
    J. Michael Hennigan
    Lauren A. Smith
    Michael Swartz
    Caroline Walters

Attorneys for Defendant
Wilshire Associates Incorporated

DATED: January 18, 2013                KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 THIRD AVENUE
NEW YORK, NEW YORK 10017
(212) 418-8600

-AND-

GARTENBERG GELFAND HAYTON &
  SELDEN LLP


By /s/ *Joel H. Rosner*
       Joel H. Rosner

Attorneys for Plaintiff The Timken Company

-2-