J. MICHAEL HENNIGAN (SBN 59491)
hennigan@mckoolsmithhennigan.com
LAUREN A. SMITH (SBN 94343)
lsmith@mckoolsmithhennigan.com
MICHAEL SWARTZ (SBN 163590)
mswartz@mckoolsmithhennigan.com
CAROLINE M. WALTERS (SBN 239054)
cwalters@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Facsimile:   (213) 694-1234

Attorneys for Defendant
Wilshire Associates Incorporated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TIMKEN COMPANY, as fiduciary of THE TIMKEN COMPANY COLLECTIVE INVESTMENT TRUST FOR RETIREMENT TRUST, THE TIMKEN COMPANY PENSION PLAN, THE 1984 RETIREMENT PLAN FOR SALARIED EMPLOYEES OF THE TIMKEN COMPANY, THE TIMKEN-LATROBE-MPB-TORRINGTON RETIREMENT PLAN AND THE TIMKEN COMPANY PENSION PLAN FOR BARGAINING UNIT ASSOCIATES IN LOCAL 1645,<br><br>Plaintiff,<br><br>vs.<br><br>WILSHIRE ASSOCIATES INCORPORATED,<br><br>Defendant. | Case No. CV12-07446 JFW (AGRx)<br><br>Hon. John F. Walter<br><br>**ORDER RE SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Date:   March 18, 2013<br>Time:   1:30 p.m.<br>Ctrm:   16 |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED THAT:**

1. Wilshire Associates Incorporated shall re-file its summary judgment motion on or before January 28, 2013;

2. Timken shall file its opposition brief to Wilshire's motion for summary judgment on February 11, 2013;

3. Wilshire shall file its reply brief on March 4, 2013;

4. The motion shall be heard at 1:30 p.m. on March 18, 2013.

DATED: January 22, 2013

*[signature]*

John F. Walter
United States District Court Judge

-1-

Case No. CV12-07446 JFW (AGRx)

855077